UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13

            Nancy Pinheiro
                                                Bankruptcy No. 25-11770-AMC


                        Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.


**Date: March 26, 2026**                        _____
                                                ASHELY M. CHAN
                                                U.S. BANKRUPTCY JUDGE